UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED SCHOOL DISTRICT,<br>Plaintiff,<br>vs.<br>K.A.,<br>Defendant. | Case No.: 25-CV-2844 JLS (MSB) |
| K.A.,<br>Counter-claimant,<br>vs.<br>SAN DIEGO UNIFIED SCHOOL DISTRICT,<br>Counter-defendant. | **ORDER GRANTING JOINT MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL**<br><br>(ECF No. 14) |

Presently before the Court is the Parties' Joint Motion to File Administrative Record Under Seal ("Joint Mot.," ECF No. 14). The Parties seek to seal the administrative record of the underlying state action under the Family Educational Rights and Privacy Act and California state law. Joint Mot. at 2. The Court finds that compelling reasons exist to seal the administrative record as it contains "private and sensitive information regarding K.A.'s

disabilities, psychological and medical information, and K.A.'s educational records." Joint Mot. at 2; *see Carmel Unified Sch. Dist. v. Hodges*, No. 23-CV-856-PCP, 2023 WL 9102072, at *2 (N.D. Cal. Dec. 21, 2023) (granting motion to seal administrative record because "Courts have routinely found that the private interest in maintaining the confidentiality of such records is sufficient to outweigh the public's interest in access"). Therefore, the Joint Motion (ECF No. 14) is **GRANTED**. The Clerk **SHALL FILE** the proposed lodged sealed document at ECF No. 15 under seal.

**IT IS SO ORDERED.**

Dated: August 31, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge